BLICKLE *v.* BOARD OF EDUCATION OF THE CITY OF GRAND RAPIDS.

MANDAMUS—MOOT QUESTION—SCHOOLS AND SCHOOL DISTRICTS.
Where, in mandamus proceedings to compel the board of education of the city of Grand Rapids to admit a female child to school, it appears by the record that the child has now reached the age of 16 years, thus presenting a moot question, the court will decline to consider it.

Certiorari to superior court of Grand Rapids; Dunham (Major L.), J. Submitted April 20, 1920. (Calendar No. 29,080.) Decided April 29, 1920.

Mandamus by Lillie Blickle and another to compel the board of education of the city of Grand Rapids to admit a child to the schools. From an order granting the writ, defendant brings certiorari. Writ dismissed.

*Ganson Taggart,* for appellant.
*Shelby B. Schurtz,* for appellees.

PER CURIAM.   This is a proceeding to compel the board of education of the city of Grand Rapids to admit a female child to one of the graded schools of the city.   It is suggested on the record by the plaintiffs and admitted by defendant that, the child having now reached the age of 16 years, any order now made would be without force or effect.   A moot question is thus presented.   This we must decline to consider. *Carlson* v. *Wyman,* 189 Mich. 402; *Brown, ex rel. Van Buren,* v. *Lawrence,* 197 Mich. 178; *Ideal Furnace Co.* v. *Molders' Union,* 204 Mich. 311.

Writ dismissed, without costs to either party.